IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-mc-00006-NONE-MJW

IN  RE:    $52,859.00 IN UNITED STATES CURRENCY,

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the United States' Motion to Vacate Status Conference - Case Closed (Docket No. 4) is granted.   The Status Conference that is set on July 10, 2013, at 10:00 a.m. is VACATED.   It is further

ORDERED, that based upon the information provided in the Untied States' motion (Docket No. 4), this civil case shall be terminated.

Date:   June 04, 2013